SUNOCE PROPERTIES, INC., Respondent, v BALLY TOTAL FITNESS OF GREATER NEW YORK, INC., Appellant.

Submitted April 10, 2017; decided June 8, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of EDWARD WYDRA et al., Respondents, v MENDEL BRACH et al., Appellants.

Submitted April 24, 2017; decided June 8, 2017

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge WILSON taking no part.

(June 1, 2017 through June 30, 2017)

| People v Acevedo | 1st Dept: 148 AD3d 622 (NY) | denied 6/7/17 (Fahey, J.) |
| --- | --- | --- |
| People v Adamson | 2d Dept: 147 AD3d 869 (Kings) | denied 6/23/17 (Wilson, J.) |
| People v Alcantara | 2d Dept: 148 AD3d 1179 (Richmond) | denied 6/12/17 (Stein, J.) |
| People v Alsadi | 1st Dept: 149 AD3d 554 (NY) | denied 6/12/17 (Stein, J.) |
| People v Alvarracin | 2d Dept: 148 AD3d 1041 (Queens) | denied 6/28/17 (Rivera, J.) |
| People v Anderson | App Div, 3d Dept: 2016 NY Slip Op 85793(U) (Columbia) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Anonymous | 1st Dept: 148 AD3d 647 (Bronx) | denied 6/6/17 (Rivera, J.) |
| People v Archibald | 4th Dept: 148 AD3d 1794 (Erie) | denied 6/26/17 (Stein, J.) |
| People v Bailey | 1st Dept: 148 AD3d 547 (NY) | granted 6/29/17 (Fahey, J.) |
| People v Barrera | App Div, 1st Dept: 2017 NY Slip Op 67792(U) (NY) | denied 6/21/17 (Stein, J.) |
| People v Barro | 1st Dept: 144 AD3d 448 (NY) | denied 6/14/17 (Rivera, J.) |